**Jeffery K. CASWELL; Victoria Caswell; Russ Dreyer, on behalf of themselves and others similarly situated, Appellants,**

v.

**CITY OF BLOOMINGTON, Appellee.**

No. 06–2472.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 11, 2006.

Filed: Jan. 26, 2007.

---

Lee Alan Henderson, Hessian & McKasy, Minneapolis, MN, for Appellants.

John Michael Baker, Greene & Espel, Minneapolis, MN, for Appellee.

Before LOKEN, Chief Judge, MURPHY and SHEPHERD, Circuit Judges.

PER CURIAM.

Jeffery K. Caswell, Victoria Caswell, and Russ Dreyer appeal the district court's [1] adverse grant of summary judgment in their action challenging a City of Bloomington zoning ordinance regulating the land use around a newly constructed runway at the Minneapolis–St. Paul International Airport. Having carefully reviewed the record, *see Advantage Media, L.L.C. v. City of Eden Prairie*, 456 F.3d 793, 798 (8th Cir.2006) (de novo standard of review), we agree with the district court's well-reasoned opinion that, due to the lack of redressability, the appellants lack standing in this matter. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992) (to establish standing, plaintiff must demonstrate, *inter alia*, the likelihood that a favorable decision by the court will redress the alleged injury); *Planned Parenthood of Mid–Mo. & E. Kan., Inc. v. Ehlmann*, 137 F.3d 573, 577 (8th Cir.1998) (to establish redressability, plaintiff must make more than "merely speculative" showing that court can grant relief to injury).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.